**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

GREG DEHRING,

    Plaintiff,                       CASE NO: 10-13959

vs.                                  DISTRICT JUDGE THOMAS L. LUDINGTON
                                     MAGISTRATE JUDGE CHARLES E. BINDER

KEYSTONE SHIPPING CO., *et al*

    Defendants.
_____/

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
**ON DEFENDANTS' MOTION FOR SUMMARY DISPOSITION**
(Doc. 6)
**and**
**PLAINTIFF'S RULE 56(f) MOTION IN OPPOSITION**
(Doc. 22)

**I.   RECOMMENDATION**

For the reasons stated from the bench at the conclusion of oral argument, **IT IS RECOMMENDED** that Defendants' motion be **DENIED AS PREMATURE**, and Plaintiff's motion then be denied as **MOOT**.

**III.   REVIEW**

Pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure, "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 14 days after being served with a copy." Fed. R. Civ. P. 72(b)(2).  *See also* 28 U.S.C. § 636(b)(1).  Failure to file specific objections constitutes a waiver of any further right of appeal.  *See Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985); *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505 (6th Cir.

1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  The parties are advised that making some objections, but failing to raise others, will not preserve all the objections a party may have to this Report and Recommendation.  *See Willis v. Sec'y of Health & Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.


                                             s/ *Charles E Binder*
                                             CHARLES E. BINDER
Dated: January 12, 2011                      United States Magistrate Judge


### CERTIFICATION

I hereby certify that this Report and Recommendation was electronically filed this date, electronically served on Duane Marsden, Donald Krispin, Thomas Emery and Ralph Chapa, Jr.; and served on District Judge Ludington in the traditional manner.


Date:  January 12, 2011              By     s/*Jean L. Broucek*
                                     Case Manager to Magistrate Judge Binder