UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GREG DEHRING,

        Plaintiff,

                                    Case Number 10-13959
                                    Honorable Thomas L. Ludington

v.

KEYSTONE SHIPPING CO. et al.,

        Defendants.
_____/

**ORDER ADOPTING JUDGE BINDER'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT TSE INTERNATIONAL'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING PLAINTIFF'S CLAIMS AGAINST TSE INTERNATIONAL WITH PREJUDICE**

This matter is before the Court on a report and recommendation issued by Magistrate Judge Charles E. Binder on November 3, 2011. ECF No. 60. Judge Binder recommends that the Court grant Defendant TSE International's motion for summary judgment (ECF No. 53) and dismiss TSE International from the case. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Judge Binder's report and recommendation (ECF No. 60) is **ADOPTED**.

It is further **ORDERED** that Defendant TSE International's motion for summary judgment (ECF No. 53) is **GRANTED**.

It is further **ORDERED** that Plaintiff's claims against TSE International are **DISMISSED WITH PREJUDICE**.

s/Thomas L. Ludington  
THOMAS L. LUDINGTON  
United States District Judge

Dated: November 22, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 22, 2011.

s/Tracy A. Jacobs  
TRACY A. JACOBS

---