UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GREG DEHRING,                          Case No. 10-cv-13959

         Plaintiff,                    Judge: Thomas L. Ludington
                                          Magistrate Judge Charles E. Binder

v.

KEYSTONE SHIPPING CO.; KEY LAKES, INC.;
GREAT LAKES FLEET, INC.; CANADIAN NATIONAL/
ILLINOIS CENTRAL RAILWAY CO.; CANADIAN
NATIONAL RAILWAY CO.; ILLINOIS CENTRAL
RAILWAY CO.; GRAND TRUNK CORPORATION;
TSE INTERNATIONAL, INC. (as successor in interest
to ALMON JOHNSON LIMITED); BENSON ELECTRIC CO.,
Jointly and Severally,

         Defendants.

---

**STIPULATED ORDER EXTENDING TIME TO FILE OBJECTIONS AND RESPONSES
TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

NOW COME the parties by and through counsel undersigned and hereby move for an extension of time within which to file Objections To The Report And Recommendation of Magistrate Binder issued on December 19, 2012 in the above entitled cause. This extension is being sought due to the current deadline under Fed. R. Civ. P. 6(a)(1) which requires objections to be filed on or before January 2, 2013. Given the impending holiday season and the necessity of Plaintiff having to obtain the transcript of the hearing of November 13, 2012, the parties hereby stipulate that Plaintiff's objections, if any, to the Report and Recommendation of Magistrate Binder dated December 19, 2012 be extended from January 2, 2013 to January 22, 2013 with responses to be filed on or before February 19, 2013.

Based upon the Stipulations of the parties hereto with respect to extensions of time to file objections and responses, if any, to the Report and Recommendation of Magistrate Binder dated December 19, 2012.

It is hereby ORDERED the deadline for filing of objections shall be extended from January 2, 2013 to January 22, 2013. Responses to any objections shall be filed on or before February 19, 2013.

| | |
|---|---|
| /s/ Judith A. Schornack-Smith | /s/ Thomas W. Emery |
| JUDITH A. SCHORNACK-SMITH | THOMAS W. EMERY |
| Attorney for Plaintiff | Attorney for Defendants |
| 645 Griswold, Ste. 1370 | 1000 Woodbridge St. |
| Detroit, MI 48207 | Detroit, MI 48226 |
| (313) 961-1080 | (313) 446-1530 |
| ladmiralty@aol.com | temery@garanlucow.com |

/s/ Ralph C. Chapa , Jr.
RALPH C. CHAPA, JR., Esq.
Kaufman, Payton & Chapa, P.C.
30833 Northwestern Hwy., Ste. 200
Farmington Hills, MI 48334
(248) 626-5000
rcchapa@kaufmanlaw.com

Dated: December 20, 2012

  It is so **ORDERED**.

Dated: December 27, 2012           s/Thomas L. Ludington
                      THOMAS L. LUDINGTON
                      United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 27, 2012.

s/Tracy A. Jacobs<br>TRACY A. JACOBS